**! "#$%&'($) $%('&#($*#+$'+, !*$'**
**", *$-%*"'&#($*#+$', .'$%/)('**
**., *$'0 , *$-'&#1#(#, "'**

| | |
|---|---|
| **2%$%*'() 3#"%4'56'789:;<'5<'9=>'**<br>**?9=;@4'.A(A4':'B=65C4'**<br><br>''''''''''''''''''''''''*!"#$%&$''()**<br>*<br>'DA''<br><br>**+)**,EE'#"&%2%"&%"$'**<br>**(+-, ,E'&#($*#+$'F9C5GH9'=F>'**<br>**35:C@'5<'$CG>F88>I'**<br>**&,%'&%.%"&)"$('JKLM4'**<br>**=6?;G>=D8;N4'**<br><br>''''''''''''''''''''''+,',%-#%&(.* | <br>**+)(%'" ,A'OPLOK?DKJLLQ''**<br><br><br><br>**R!*S'$*#)E'&%T)"&%&'** |

!

**<u>+, T2E)#"$'</u>**

**#A! #"$*, &!+$#, "'**

"#$%!$%!&'!&()$*'!&+$%$', !-+* . !&!/&))0+'!*-!%012&3!&%%&23)%!*((2++$',!&)!4&++*33! 5 $6630!7(#**3! 8$)#$'!)#0!4&++*33!9'60/0'60')!7(#**3! :$%)+$();!<3&$')$--!$%!%00=$',! 6&.&,0%!-*+! :0-0'6&')%>!4*'%)$)2)$*'&3!?$*3&)$*'%!2'60+!@A!B;7;4;!CDEFG;!!

**##A! '2)*$#%('**

!# H;7;!8&%!&!%)260')!&)!4&++*33! 5 $6630!7(#**3!$'!)#0!4&++*33!9'60/0'60')! 7(#**3! :$%)+$()!$'!"01&%;!<3&$')$--!&)!&33!)$.0%!.&)0+$&3!)*!)#$%!3$)$,&)$*'!#&%!I00'J!&'6! $%!/+0%0')3KJ!&!.$'*+!(#$36;!

$# "#0! 4* . /3&$')! $%! -$306! IK! &'6! )#+*2,#! #$%! -&)#0+J! <0)0+! 7&I$'0! LM7&I$'0N0J! 8$)#!)#0!(*'%0')!*-!H;7;!

%# : 0-0'6&')! 4&++*33! 9'60/0'60')! 7(#**3! : $%)+$()! LM497 : N0! $%! &! /2I3$(! %(#**3!%K%)0 . !3*(&)06!$'!7*2)#3&=0J!"01&%;!497 : !+0(0$?0%!-060+&3!-2'6%!&%!&!/2I3$(! $'%)$)2)$*'! &'6! $%! ,*?0+'06! )#+*2,#! $)%! P*&+6! *-! Q62(&)$*';! 497 : ! #&%! +0(0$?06! -060+&3!-2'6$',!&)!&33!)$ . 0%!+030?&')!)*!)#$%!3$)$,&)$*';!

&# : *0! : 0-0'6&')%!DRAS!LM : *0! : 0-0'6&')%N0!&+0!0 . /3*K00%!*+!&,0')%!*-! : 0-0'6&')!497 : !)#&)!(&2%06!)#0!#&+ . %!)#&)!&+0!)#0!%2IT0()!*-!)#$%!3&8%2$);!U)!)#$%! )$ . 0J!)#0$+!'& . 0%!&'6!8#0+0&I*2)%!&+0!2'='*8';!

###A! R!*#(&#+$#,"'U'1%"!%'

'# "#$%!(*2+)!#&%!%2IT0()! . &))0+!T2+$%6$()$*'!*?0+!)#$%! . &))0+!/2+%2&')!)*! AF!B;7;4;!C!DGGDJ!8#$(#!/+*?$60%!6$%)+$()!(*2+)%!8$)#!T2+$%6$()$*'!*?0+!($?$3!&()$*'%! &+$%$',!2'60+!)#0!B'$)06!7)&)0%!4*'%)$)2)$*'!*+!3&8%!*-!)#0!B'$)06!7)&)0%;!'

(# : 0-0'6&')!(*'62()%!I2%$'0%%!8$)#$'!)#0!7)&)0!*-!"01&%;!'

)# : 0-0'6&')! : *0%!&)!&33!+030?&')!)$ . 0%!#0+0$'!80+0!0 . /3*K00%!*-!497 : ! &'6!/0+%*'&33K!?$*3&)06!(0+)&$'!+$,#)%!&'6!/*3$($0%J!)#0!0--0()%!*-!8#$(#!80+0!-03)!$'! )#0!7)&)0!*-!"01&%;'

*# V0'20!$'!)#$%!&()$*'!$%!/+*/0+3K!$'!)#0!W*+)#0+'! : $%)+$()!*-!"01&%! I0(&2%0!)#0!0?0')%!+030?&')!)*!)#$%!&()$*'!*((2++06!/+$ . &+$3K!8$)#$'!)#0!,0*,+&/#$(&3! (*'-$'0%!*-!)#0!W*+)#0+'! : $%)+$()!*-!"01&%;!'

#1ﺍ'   . ) + $ ! ) E' ) EE%V ) $# , " ('

+#       U)!&33!)$ . 0%!+030?&')!)*!)#$%!3$)$,&)$*'J!H;7;! 8&%!&!%/0($&3!062(&)$*'!
%)260')!&)! 4&++*33! 5 $6630! 7(#**3! 8$)#$'!)#0! 4&++*33!9'60/0'60')! 7(#**3! : $%)+$()!
LM497 : N0;'

!,#      H;7;!%2--0+%!-+* . !&))0')$*' !60-$($)6$%*+60+J!60?03*/ . 0')&3!603&K%!&'6!
&2)$% . ;!H;7;!$%!' * 'R?0+I&3;'

!!#      W;!$%!&!%/0($&3!'006%!%)260')!&)!4&++*33! 5 $6630!7(#**3!&'6!%2--0+%!-+* . !
&'!2'='*8 !6$%&I$3$)$%)K;'

!$#      4&++*33! 5 $6630! 7(#**3!#&%!&!%0'%*'%+K!+** . ! 8$)#$'!)#0!%/0($&3' 006%!
(3&%%+*** . !-*+!%)260')%!)*!)$)$$$X0!&%!&!%&-0!%/&(0!-0+!&(0!8$)#!&!3*8 0+!%*'%+K!3**&6;!

!%#      Y'!&)!)30&%)!)#$+)00'')'!%0/&+&)0!*((&%$*'%!62+$'*,!)#0!ASAGRASA@!%(#**3!
K0&+J!&'*)#0+! . &30!%)260')')! ?$*3&)&606!H;7;! IK!$'&//+*/+$&&)03K!)*2(#$' , !#$ . !#$ . !*!'!&'6!
&+*2'6!#$%!,0'$)&3!&+0&!&'6!&!'6!'6*&!&' '6!'00=$' , !%012&3!,+&K$-$)0=$' , !%012&3!,+&K
$-$)*-+*)'*-!H;7;!

!&#      H;7;!&))0 . /)06!)*!+0/*+)!)#0%012&3!&%%&23)%)*!%!#$%!)0&(#0+!&'6!#0%/0($&3'
062(&)$*'*$'!&$6%6%!$'!)#0(3&%%+** . . ;!!

!'#      H;7;J! I0$' , !'*'R?0+I&3J!#&%!!&3)0+%0'*&*'&)$*' . . 2'$(&)$*' , ! 8$)#!#!*)#0+%!
*)#0+%;!

!(#      Z#$30!)+K$',)*)*!' * 'R-K!)#0!0&(#0+%J!H;7;!8&%!)*36!!. 23)$/30!)$ . 0%!)*!%)*/!
)#&))#0!8&%!I0$' , !)**'*3*26!6$% '0+*()$?0!&'6!)*!%&)!6*8'!6!' ;!!

!)# Y((2++0'(0!\D]!Y'!H0I+2&+K!^J!ASA@!&)!D]A_/ . !`!H;7;!&'6!W;!&+0!$'!)#0! %0'%*+K!+** . !)*,0)#0+;!W!)*2(#06!H;7;>%!/0'$%;!W;!/2)!#$%!#&'6%!6*8 '!H;7;>%!/&')%;! H;7;!*IT0()06;!W;!)#0'! . &%)2+I&)0%!&'6!0T&(23&)0%!$'!-+*')!*-!H;7;;! a0! 8$/0%!#$%! 0T&(23&)0!*'!&!/$33*8!)#&)!H;7;!*-)0'!2%0%;!!

!*# :2+$',!Y((2++0'(0!\DJ!b*I$'!c*'60(=J!)#0!%/0($&3!062(&)$*'!)0&(#0+! )+&$'0+!8#*!$%!-$33$',!$'!&%!$')0+$ . !)0&(#0+!$%!$'!)#0!(3&%%+** . ;!Z*+=$',!*'0!*'!*'0! 8$)#!&'*)#0+!%)260');!"& . $&!)#0!/&+&/+*-0%%$*'&3!-*+!)#0!(3&%%+** . !$%!$'!)#0!&))&(#06! =$)(#0'!*'!#0+!32'(#!I+0&=;!

!+# H*33*8$',!Y((2++0'(0!\D!J!H;7;!)2+'%!2/!)#0!?*32 . 0!*'!#$%!$<&6J!&! (* . . *'!8&K!#0!)+$0%!)*!(* . . 2'$(&)0;!

$,# Y((2++0'(0!\A]!Y'!H0I+2&+K!DAJ!ASA@!&)!D]DE/ . !`!H;7;!&'6!W;!&+0!$'! )#0!%0'%*+K!+** . ;!W!6+K!#2 . /%!H;7;!!

$!# d$ . !&!%/0($&3!062(&)$*'!/&+&/+*-0%%$*'&3!$%!&30+)06!)*!%* . 0)#$',!$'!)#0! %0'%*+K!+** . !&'6!8&3=%!*?0+!)*!(#0(=!*'!)#0!%0'%*+K!+** . !+$,#)!&-)0+!W!,*)!*--!*-! H;7;;! Y'(0! d$ . ! (& . 0! $'J! H;7;! )2+'%! 2/! )#0! ?*32 . 0! *'! #$%! $<&6! `! )+K$',! )*! (* . . 2'$(&)0;!!

$$# e&(=$0! &! %/0($&3! 062(&)$*'! /&+&/+*-0%%$*'&3! $%! &)! #0+! 60%=! $'! )#0! (3&%%+** . J!&%!8033!&%!A!F!"!,+&60!%)260')!#03/0+%!L='*8 '!&%!MaUfY%N0;!

$%# Y((2++0'(0!\GJ!Y'!5&+(#!_J!ASA@J!&)!D]GG/.!`!W;!/233%!6*8'!H;7;>%! /&')%!&!3$))30J!)*2(#0%!#$.!&'6!)#0'!6+K!#2./%!#$.;!W!$%!(*'%)&')3K!(#0(=$',!)*!%00! $-!&'K*'0!(&'!%00!#$.;!!

$&# "#+*2,#*2)!)#0!$'($60')!$)!&//0&+%!)#&)!W!$%!)&3=$',!)*!%*.0*'0!*'!#$%! (*./2)0+!)#&)!#0!I+*2,#)!$')*!)#0!%0'%*+K!+**.!8$)#!#$.;!!

$'# d$.!&'6!"&.$&!&+0!I*)#!8*+=$',!8$)#!&'*)#0+!%)260')!&)!)#0!)$.0!&'6! '*)!%2/0+?$%$',!)#0!%0'%*+K!+**.;!

$(# Y((2++0'(0!\@J!*'!5&+(#!DFJ!ASA@!&)!D]@D/.!R!W;!)+$0%!)8$(0!)*!&I2%0! H;7;;!W!6+K!#2./%!H;7;!)8$(0!8#$30!H;7;!$%!%)&'6$',!2/!$'!)#0!%0'%*+K!+**.;!;!H;7;! I0$',%!%)&)$',!MUR#2/N;!"#$%!$%!H;7;>%!8&K!*-!&%=$',!-*+!#03/;!

$)# e&(=$0!&'6!Y/&3J!)#0!'08!%/0($&3!062(&)$*'!)0&(#0+!&+0!%$))$',!$'!)#0! (3&%%+**.!&)!e&(=$0>%!60%=;!e&(=$0!#0&+$',!H;7;!?*(&3$X0J!(*.0%!$'!&'6!)&=0%!H;7;!)*! )#0!I&)#+**.!.$%+0&6$',!H;7;>%!+0[20%)!-*+!#03/;!

$*# Y((2++0'(0!_J!*'!5&+(#!ADJ!ASA@!&)!D]GD/.!`!W;!.&%)2+I&)0%!&'6! 0T&(23&)0%;!W;!/233%!#$%!/&')%!6*8';!W;!/233%!H;7;>%!/&')%!6*8';!W!#2./%!H;7;!/0'$%! *'!/0'$%;!W!)+$0%!)*!.&%)2+I&)0!H;7;;!W!)&=0%!H;7;>%!#&'6!&'6!/2)%!$)!*'!W>%!/0'$%! )+K$',!)*!,0)!H;7;!)*!.&%)2+I&)0!W;!W;!)#0'!+2I%!H;7;>%!#0&6!&%!$-!)+K$',!)*!%**)#0!#$.! &'6!&//0&+%!)*!%&K!M Z 033!6*'0N!)*!H;7;!!

$+# e&(=$0!$%!8*+=$',!8$)#!&'*)#0+!%)260')!$'!)#0!(3&%%+**.;!W*I*6K!03%0! $%!$'!)#0!(3&%%+**.;!

%,# Y((2++0'(0!\gJ!*'! 5&+(#!AgJASA@!&)!D]G@/ .!`!H;7;!&'6! 4;J!&!)#$+6R ,+&60!%/0($&3!062(&)$*'!%)260')J!&+0!3K$',!*'!)#0!-3**+!$'!)#0!%0'%*+K!+** .;!W;!(* .0%! $')*!)#0!+** .!&'6!%)&+)%! .&%)2+I&)$',!$'!-+*')!*-!H;7;;!!

%!# Y/&3!&'6! "& .$&!&+0! I*)#!AR*'RD! 8$)#!&'*)#0+!%)260')! 8#$30!)#0!)#+00! =$6%!$'!)#0!%0'%*+K!+** .!,*!2'%2/0+?$%06;!!

%$# Y((2++0'(0!\^J!*'!U/+$3!GJ!ASA@!&)!D]_g/ .!`!W;!/233%!6*8'!#$%!*8'! /&')%!&'6!/233%!6*8'!H;7;>%!/&')%;!W!#2 ./%!H;7;!8$)#!/0'$%R)*R/0'$%!(*')&();!W!)#0'! .&%)2+I&)0%;!H;7;!$%!)+K$',!)*!-$,#)!*--!W;;!H;7;!%&K%!&!3*)!*-!M'*NJ!MY8NJ!&'6!MU#R K0#NJ!&33!8&K%!*-!)+K$',!)*!&))+&()!&))0')$*';!!

%%# e&(=$0! $%! 8*+=$',! DR*'RD! 8$)#! &'*)#0+! %)260')! $'! )#0! .&$'! +** .;! W*I*6K!03%0!$%!$'!)#0!(3&%%+** .;!

%&# Y((2++0'(0!\FJ!*'!U/+$3!D_J!ASA@!&)!D]GA/ .!R!!W;! .&%)2+I&)0%!$'!-+*')! *-!H;7;!$'!)#0!%0'%*+K!+** .;!!

%'# Y/&3!$%!&)!#0+!60%=!&'6!#&%!&!6$+0()!?$08!$')*!)#0!%0'%*+K!+** .;!e&(=$0! 8&3=%!IK!)#0!%0'%*+K!+** .!I2)!6*0%'>)!3**=!$';!!

%(# Y((2++0'(0!\EJ!*'!U/+$3!AGJ!ASA@!&)!D]GA/ .!R!W;! .&%)2+I&)0%!8$)#!H;! $'!)#0!%0'%*+K!+** .;!!

%)# e&(=$0!$%!$'!)#0! .&$'!(3&%%+** .!DR*'RD!8$)#!&'*)#0+!%)260');!"& .$&!$%! $'!)#0!=$)(#0'!0&)$',!32'(#;!

%*# Y((2++0'(0! \DSJ! *'! U/+$3! A@J! ASA@! &)! D]AA/ . ! `! W;! (* . 0%! $')*! )#0! %0'%*+K! +** . !&'6!)+$0%!)*!)*2(#!H;7;J! 8#*!$%!%)&'6$',!2/;!H;7;! 8&3=%!$'!&'6!*2)!*-! )#0!%0'%*+K!+** . J!$')*!)#0! . &$'!(3&%%+** . J!-*+!&!3*',!)$ . 0;! a0!$%!#*36$',!#$%!$<&6! IK!#$%!0&+!&'6!$%!(&33$',!*2);!W;! . &%)2+I&)0%!@!)$ . 0%!*?0+!)#0!(*2+%0!*-!)#0!'01)!@S! . $'2)0%;!H;7;!=00/%!(* . $',!I&(=!$')*!)#0!%0'%*+K!+** . !I0(&2%0!)#&)!$%! 8#0+0!#0!$%! %2//*%06!)*!I0!&)!)#$%!)$ . 0!*-!)#0!6&K;!W;!)#0'!/233%!6*8'!H;7;>%!/&')%!&'6!)+$0%!)*! . &%)2+I&)0!H;7;;!W;!,0)%!*'!)*/!*-!H;7;!&'6!#2 . /%!#$ . ! 8$)#!/0'$%R)*R/0'$%!(*')&();! H;7;!&3%*! . &=0%!&!I&++$0+!*-!/$33*8%!)#&)!#0!)+$0%!)*!#$60!I0#$'6;!W;!I3*(=%!H;7;>%!01$)! -+* . !&+*2'6!)#0!/$33*8%J!)+K$',!)*!)+&/!#$ . !$'!/3&(0;!!

%+# 5 23)$/30!/&+&/+*-0%%$*'&3%!&'6! a U f Y%!&+0!$'!)#0!(3&%%+** . ;!W*I*6K! /&K%!&))0')$*'!)*!H;7;! . &=$',!&33!)#$%!'*$%0;!W*I*6K!%2/0+?$%0%!)#0!%0'%*+K!+** . ;!

&,# Y((2++0'(0!\!DDJ!*'!U/+$3!AgJ!ASA@!&)!D]AG/ . !`!!H;7;!$%!$'!)#0!%0'%*+K! +** . ;!W;!(* . 0%!$'!&'6!+2I%!2/!&,&$'%)!H;7;;!W;!)+$0%!)*!#2,!H;7;;!H;7;!%)&+)%!%$',$',! &'6! . &=$',!&!3*)!*-!'*$%0!&'6! 8&3=%!&+*2'6!)#0!(3&%%+** . !)+K$',!)*!,0)!&))0')$*';!!

&!# Q?0')2&33KJ! e&(=$0!(* . 0%!$')*!)#0!%0'%*+K! +** . !&'6! +0/+$ . &'6%!H;7;! -*+! . &=$',!'*$%0;!!

&$# Y((2++0'(0!\DAJ!*'! 5&K!DJ! ASA@! &)! G]GG/ . ;!W;! +2I%!2/!&,&$'%)! H;7;! 8#$30!#0!$%!%)&'6$',;!H;7;!,0)%!+0&33K!&,$)&)06!&'6!%)&+)%!%8$',$',!#$%!$<&6!&+*2'6! &'6!6+*//$',!$)J!)+K$',!)*!,0)!&))0')$*';!Q?0')2&33K!Y/&3!(* . 0%!$')*!)#0!%0'%*+K!+** . ! &'6! +0/+$ . &'6%! H;7;! &'6! )&=0%! #$%! $<&6! &8&K;! H;7;! )#0'! I2+$0%! #$ . %03-! 2'60+! )#0!

/$33* 8 %!)+K$ ' , !)*! , 0)!& 8 &K!-+* . !W;!& ' 6!Y'/&3;!W!&//0&+%!)*!)033!H;7;!MZ #&)!6$6!9!)033! K*2hN!

&%#    Y((2+0 ' (0!\DGJ!*'! 5 &K!DgJ!ASA@!&)!D]_E/ . ;!H;7;!$%!3K$ ' , !6* 8 ' !$ ' !)#0! %0 '%*+K!+** . ;!W;!(* . 0%!$ ' )*!)#0!+** . !(&2%$ ' , !H;7;!)*! , 0)!?0+K!&, $)&)06;!H;7;!%)&+)%! +*33$ ' , !&+*2 ' 6!)#0!+** . ;!W!/233%!#$%!/&')%!6* 8 ' !& ' 6! , 0)%!*' !)*/!*-!H;7;;!H;7;!3*263K! %&K%!MW*N!&' 6!M c 0)!$)!*--N;!

&&#    e&(=$0!&' 6!&'*)#0+!/&+&!#&6!)&=0 '!&'*)#0+!%)260')!$')*!)#0! I&)#+** . ;! Z #0 ' !e&(=$0!(*. 0%!*2)!*-!)#0! I&)#+** . !%#0!%$)%!&)!#0+!60%=!'0&+!)#0! I&)#+** . ;!7#0! )#0 '!, 0)%!2/!&' 6!#0&6%!)* 8 &+!)#0!6%!*%!)!8 #$(#!/*$)!%00!$')*!(&'!%00!$')*!)#0!%0 '%+K! +** . !&' 6!%00%!W;!*'')*/!*-!H;7;;!e&(=$0!(=$0(*. 0%!*2)!*-)#0!+** . !&%=%!W;!MZ #KN! . 23)$/30!)$ . 0%;!

&'#    <3&$ ')$--!8 &%!'*)!$ '-*+ . 06!*-!)#0!%012&3!&%%&23)%!2 ')$3! 5 &K!D^J!ASA@!&)! &//+*1$ . &)03K!_]SS/ . ;!

&(#    Y'! 5 &K!DEJ!ASA@J!<+$ ' ($/&3!7#&)$ '&!f 0 8 $%!(&3306!<3&$')$--!&' 6!/+*?$606! )#&)!%#0!#&6!8 &)(#06!)#0!?$60*!*!-*((2+0 ' (0!\DG;!

&)#    U)!)#0!)$ . 0!)#0!?$60*!6&)8 &%!/23306J!?$60*!-**)&, 0!*' '3K!80')!I&(=!)*!*! H0 I+2&+K!^J!ASA@;!U%!%2(#J!)#0!)+20!62+&)$*' '! *!*3K!IK!W;!&, &$ '%)!H;7;! &+0!2 '= '8 ';!!

&*#    Y'! 5 &K!ASJ!ASA@J!<3&$')$--!$--!8 &)(#06!)#0!?$60*!!8 $)#!7#&)$ '&!f 0 8 $J!)#0! %(#**3!7b YJ!&'*)#0+!$%)&--$()!*--$(&3!8J!)#0! 7b Y>%!(&/)&$ ' /+0%0')!'/+0%0')';!

&+# <3&$')$--!$. . 06$&)03K!/+0%%06!(#&+,0%;!!

',# :2+$',!)#0!-$'&3! 800=!*-!)#0!ASAGRASA@!%(#**3!K0&+J!7#&)$'&! f08$%!
-3&,,06!6*8'!H;7;>%!. *)#0+!&)!%(#**3!6+*/%!*--!8$)#!)#0$+!*)#0+!(#$36;!"#0K!,*)!*'!
)#0!/#*'0!8$)#!:+;!7. &3%=&%!8#*!8&%!&%=$',!H;7;>%!. *)#0+!$%!%#0!8&')06!)*!$'$)$&)0!
&!"$)30!9i!$'?0%)$,&)$*';!:+;!7. &3%=&%!8&%!$. /3K$',!)#&)!)#$%!8&%!'*)!'0(0%%&+K;!

'!# H;7;!6$6!'*)!+0)2+'!)*!%(#**3!-*+!)#0!+0. &$'$',!800=!*-!)#0!ASAGRASA@!
%(#**3!K0&+;!

'$# U%!&!+0%23)!*-!)#0%0!*((2++0'(0%J!H;7;!6$6!'*)!&))0'6!)#0!%2. . 0+!/*+)$*'!
*-!#$%!01)0'606!%(#**3!K0&+;!

'%# "#0!/#K%$(&3!(*')&()!I0)800'!H;7;!&'6!)#0!*--0'6$',!%)260')!30-)!H;7;!
-003$',!%0?0+0!/#K%$(&3!&'6!0. *)$*'&3!6$%(*. -*+);'

'&# "#0!*--0'6$',!%)260')!$%!*-!)#0!%&. 0!%/0($&3!'006%!(*#*+)!H;7;!&'6!$'!
)#0!%&. 0!(3&%%;!'

''# H;7;!&'6!)#0!*--0'6$',!%)260')!%00!*'0!&'*)#0+!6&$3K!62+$',!)#0!%(#**3!
800=;'

'(# H;7;!&))0. /)06!)*!+0/*+)!)#0!$'($60')%!)*!#$%!)0&(#0+%;'

')# 497:! )0&(#0+%! &'6! &6. $'$%)+&)*+%! -&$306! )*! %2/0+?$%0! )#0! %/0($&3!
062(&)$*'!%)260')%;!'

'*# 497:!)0&(#0+%!-&$306!)*!(*. 0!)*!H;7;>%!&$6!8#0'!+0/*+)$',!)#0!%012&3!
&%%&23)%!&'6!$'%)0&6!+0/+$. &'606!#$. !-*+!&))0. /)$',!)*!'*)$-K!)0&(#0+%;!'

'+# : 0-0'6&')! 497 : !-&$306!)*! /+*)0()! H;7;! -+* . !&! ='*8'!*+! +0(*, '$X&I30! )#+0&)!+0%23)$',!$'!*',*$',!%012&3!&%%&23)%!*-!H;7;'

(,# : 20! )*! W;! ?$60*! +0(*+6$',! #$%! %012&3! 01/3*$)&)$*'! 8#$30! &)! 4&++*33! 5$6630!7(#**3J!)#0!-060+&3!&,0'($0%!#&?0!I00'!I+*2,#)!$'!)*!$'?0%)$,&)0!W;>%!&()$*'%;!'

(!# B/*'!$'-*+ . &)$*'!&'6! I03$0-J! W;! +0(*+606! )#0! %012&3! 0'(*2')0+%! 8$)#! H;7;! 8#$30!&)! 497 : ;'

($# 7$'(0!)#0!$'$)$&3!$'($60')J! H;7;! #&%! I00'! -*+(06! )*! %/0'6! )$ . 0! 8$)#! )#0! *--0'60+! 62+$',! (3&%%0%! &'6! $'! )#0! %(#**3! #&338&K%J! (&2%$',! %0?0+0! . 0')&3! &'6! 0 . *)$*'&3! )+&2 . &;!'

(%# H;7;>%!0')$+0!3$-0!#&%!(#&',06!I0(&2%0!*-!)#0!&%%&23)J!$'(326$',!I2)!'*)! 3$ . $)06!)*]'

&; H;7;!#&%!60?03*/06!&'1$0)K!&'6!60/+0%%$*'j'

I; H;7;!#&%!I0(* . 0!8$)#6+&8'j'

(; H;7;!#&%!%*2,#)!(*2'%03$',j!&'6'

6; H;7;!#&%!-&(06!*',*$',!#&+&%% . 0')!8$)#$'!: 0-0'6&')!497 : >%!%(#**3! ,+*2'6%;'

**#1A! +)!(%(',.')+$#,"'**

**.#*($'+, !"$'W'1#,E)$#,"',.'0L'!A(A+A'XJYZ['**
**(G7>F:6F=D8'&G8'2C5?8>>'1=5;:F=56>'**

gA;! <3&$')$--!+0%)&)0%!0&(#!&'6!0?0+K!&330,&)$*'!%0)!-*+)#!$'!)#0!/+0(06$',! /&+&,+&/#%!*-!)#$%!4* . /3&$')!&%!$-!-233K!%0)!*2)!#0+0$';'

@A! B;7;4;! CDEFG! /+*#$I$)%! )#0! 60/+$?&)$*'! *-! (*'%)$)2)$*'&3! +$,#)%! *+! +$,#)%! %0(2+06! IK! )#0! 3&8%! *-! )#0! B'$)06! 7)&)0%! IK! /0+%*'%! &()$',! 2'60+! )#0! (*3*+! *-! %)&)0! 3&8;!'

_A; "#0! H*2+)00')#! U.0'6.0')! *-! )#0! B;7;! 4*'%)$)2)$*'! /+*?$60%! $'! /0+)$'0')! /&+)J! )#&)!M'*! /0+%*'! %#&33! I0! 60/+$?06! *-! 3$-0J! 3$I0+)KJ! *+! /+*/0+)K! 8$)#*2)! )#0! 620! /+*(0%%! *-! 3&8JN! 8#$(#! $'(3260%! M%)&)0R*((&%$*'06! 6&.&,0! )*! &! /0+%*'>%! I*6$3K! $')0,+$)K;N! ! "#"$%"$#&'&J! g_E! 7*;! A6! EFJ! DSG! LU3&;! DEE_0! L($)$',! (&)$%"$*+,-&.$ /01)2"$345"$( 678"J! D_! H;G6! @@GJ! @_SR_A! L_)#! 4$+;! DEE@00;!

_G; <2I3$(! %(#**3! *--$($&3%! 8#*! -&$3! )*! )&=0! &60[2&)0! /+0(&2)$*'%! .&K! &.*2')! )*! M603$I0+&)0! $'6$--0+0'(0! )*! )#0! (*'%)$)2)$*'&3! +$,#)%! *-! %)260')%;N! 9+.-&:$ %"$; 68<=).+-1J! @_^! B;7;! FSSJ! FDF! LDEFA0;!

_@; U%! %2(#J! :0-0'6&')%! ?$*3&)06! H;7;>%! +$,#)! )*! I*6$3K! $')0,+$)K! IK! -&$3$',! )*! )&=0! &60[2&)0! /+0(&2)$*'%! 8#$(#! &.*2')06! )*! 603$I0+&)0! $'6$--0+0'(0! )*! #$%! (*'%)$)2)$*'&3! +$,#)%! &%! &! %)260');!

__; :0-0'6&')%! 80+0! &()$',! 2'60+! )#0! (*3*+! *-! 3&8;!

_g; :0-0'6&')%! &%! /0*/30! 8*+=$',! 8$)#! (#$36+0'! *'! &! 6&$3K! I&%$%! 80+0! &8&+0! )#&)! H;7;! 8&%! 0')$)306! )*! &! 3$I0+)K! $')0+0%)! $'! I*6$3K! $')0,+$)K;!

_^; <3&$')$--! %2--0+06! I*6$3K! #&+.J! $'(326$',! %012&3! &%%&23)! &'6! .0')&3! &',2$%#;!

_F;    U%!&!6$+0()!&'6!/+*1$ . &)0!+0%23)!*-! : 0-0'6&')%>!&()$*'%J!H;7;!%2--0+06!
I*6$3K!#&+ . ;!

_E;    : 0-0'6&')!497 : !&%!&!/2I3$(!%(#**3!6$%)+$()!$%!?$(&+$*2%3K!+0%/*'%$I30!
-*+!&()$*'%!*-!0 . /3*K00%!&()$' ,!8$)#$'!)#0!%(*/0!*-!)#0$+!0 . /3*K . 0'):!

Z a QbQHYbQJ!<bQ 5 97Q7!4 YW79 : QbQ : J!<3&$')$--!/+&K%!)#&)!)#$%!4*2+)]k!!

L&0!    Q')0+!T26, . 0')!&,&$'%)! : 0-0'6&')%!&'6!$'!-&?*+!*-!<3&$')$--!-*+!&()2&3!
6& . &,0%! -*+! -$'&'($&3! 3*%%J! /#K%$(&3! #&+ . J! #2 . $3$&&)$*'$*'J! . 0')&3! &',2$%#J! &'6!
0 . *)$*'&3!6$!6$%%)+0%%!&'6!&'6!6!&'6!&'6%!!

LI0!    Q')0+!T26, . 0')!&,&$'%)! : 0-0'6&')%!&'6!$'!-&?*+!*-!<3&$')$--!&33!(*%)%!
%2%)&$'06!$%!!(*''0()$*'%$*!8$)#!/+*%0(2)$*'%*'!*-#%!&()$*!'J!$'(326$, .!&))*+'0K%>!-00%!j!
&'6!6kk!!

L(0!    c+&'))!%2(#!*)#0+!&'6!-2-)#0+!03$0-!&%!!T2%)$(0!+0%;!

!

### R! *S'$*#) E'&%T) "&%&'

<3&$')$--!#0+0IK!60 . &'6%!!&!6%!&!&!+$&3!IK!T2+K!*'!&33!$%%%20%!%!&()06%!$!#%%!&()$$*'*';!

!

: &)0]! : 0(0 . I0+!DGJ!ASA@!    !!    !    !    b0%/0()+-233K!72I . $))06J!
!

$>7>$3&-& ? &0$@+10). $        $          $
7*3* . * '!b&6'0+J!Q%[;!L2. &$5+4$%64)$
8&$')$+22-6)1$A&.B!
" ! '"#f $%#Y&&'( "#)&#d "'* !#U+* , $ - !
GGAAF! Z 0%)!DA! 5 $30!b*&6J!72$)0!G^_!
H&+ . $' , )* '! a $33%J! 5 $(#$,&'!@FGG@!
"030 / #* '0]!LA@F0!EF^RFEAE!
%*3* . * '+&6'0+ 1 =&3) . &'3&8;(* . !
!
!
>7>$C)685$D-8 ? +0$    $          $
d 0$)#!U3). &'J!Q%[;!L2. &$5+4$%64)$8&$
')$+22-6)1$A&.B!
" ! '"#f $%#Y&&'( "#)&#d "'* !#U+* , $ - !
GGAAF! Z 0%)!DA! 5 $30!b*&6J!72$)0!G^_!
H&+ . $' , )* '! a $33%J! 5 $(#$,&'!@FGG@!
"030 / #* '0]!LA@F0!EF^RFEAE!
=0$)#&3) . &' 1 =&3) . &'3&8;(* . !
!
$
>7>$#. +01, $DE7860$ $          $
P+&'6K!U2%)$'J!Q%[;!!
P . $- / 0#U12*'-#f $%#H'. , J#<f f 4!
A@S@!b*%0?03)! : +$?0!
U+3$' , )* 'J!"01&%!^gSDg!
"030 / #* '0]!LFD^0!F@DREESg!
I+&'6K 1 I+&'6K&2%)$'3&8;(* . !
!
D88&.O), 7$A&.$F-+6O86AA!

"